UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Mark G DeGiacomo**, | * <br> * <br> * |
| Plaintiff, | * <br> * <br> * |
| | * Civil Action No. **1:19-cv-10072-GAO** <br> * <br> * <br> * |
| **Lynn Tilton et al**, | * <br> * |
| Defendant, | * |

ORDER OF DISMISSAL

July 19, 2019

O'Toole, D.J.

In accordance with the Court's Order dated June 5, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley

Deputy Clerk